ADAMS-FLANIGAN CO. v. CHARLES KLING, Impleaded, etc.— Motion for leave

to appeal granted and motion for reargument denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.